446 A.2d 689

Commonwealth v. Guy, Appellant.

Submitted February 3, 1981. David R. Eshelman, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Order affirmed on the comprehensive opinion of Wesner, J.

446 A.2d 689

Commonwealth v. Hailstock, Appellant.

Submitted April 16, 1980. Norman A. Levine, for appellant; Howard C. Klebe, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

The judgment of sentence is affirmed on the comprehensive opinion of the Honorable John F. Henderson.